UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUNSETTER PRODUCTS LP,<br> a Massachusetts Limited Partnership,<br><br>Defendant. | No. 1:23-CV-10744 (BEM) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE
## OF CIVIL PENALTY AND PERMANENT INJUNCTION

On April 6, 2023, the United States of America filed a Complaint against Defendant SunSetter Products, LP ("SunSetter" and jointly "the Parties") under the Consumer Product Safety Act, 15 U.S.C. §§ 2051-89. The Complaint seeks civil penalties and injunctive relief based on allegations that SunSetter knowingly failed to immediately report to the Consumer Product Safety Commission information that reasonably supported the conclusion that one of its consumer products contained a defect that could create a substantial product hazard and created an unreasonable risk of serious injury or death.

The Parties have agreed to the attached proposed Consent Decree of Civil Penalty and Permanent Injunction (Exhibit 1), which, if entered by the Court, will resolve the United States' claims against SunSetter in full. Accordingly, the Parties jointly move the Court to enter the proposed Consent Decree and issue final judgment in this matter.

Dated: March 31, 2025

| | |
|---|---|
| *For SunSetter Products, LP:* | *For the United States:* |
| /s/ *Shamis Beckley* | YAAKOV M. ROTH |
| SHAMIS BECKLEY, BBO No. 697425 | Acting Assistant Attorney General |
| Cooley LLP | Civil Division |
| 500 Boylston Street | |
| 14th Floor | MICHAEL D. GRANSTON |
| Boston, MA 02116-3736 | Deputy Assistant Attorney General |
| Telephone: +1 617 937 2300 | |
| Facsimile: +1 617 937-2400 | AMANDA N. LISKAMM |
| sbeckley@cooley.com | Director |
| | Consumer Protection Branch |
| DANIEL GROOMS (admitted pro hac vice) | |
| MATTHEW HOWSARE (admitted pro hac vice) | /s/ *Brett Ruff* |
| SHAWN SKOLKY (admitted pro hac vice) | BRETT RUFF |
| Cooley LLP | NICOLE FRAZER |
| 1299 Pennsylvania Avenue, NW Suite 700 | Trial Attorneys |
| Washington, DC 20004 | U.S. Department of Justice |
| Telephone: +1 202 842 7800 | Consumer Protection Branch |
| Facsimile: +1 202 842 7899 | 450 5th Street, NW |
| dgrooms@cooley.com | Sixth Floor, South |
| mhowsare@cooley.com | Washington, DC 20001 |
| skolky@cooley.com | (202) 305-7386 |
| | Fax: (202) 514-8742 |
| MATTHEW KUTCHER (admitted pro hac vice) | Brett.C.Ruff@usdoj.gov |
| Cooley LLP | Nicole.Frazer@usdoj.gov |
| 110 N. Wacker Drive Suite 4200 | |
| Chicago, IL 60606 | LEAH B. FOLEY |
| Telephone: +1 312 881 6500 | United States Attorney |
| Facsimile: +1 312 881 6598 | |
| mkutcher@cooley.com | /s/ *Anuj K. Khetarpal* |
| | ANUJ K. KHETARPAL |
| REED SMITH (admitted pro hac vice) | Assistant United States Attorney |
| Cooley LLP | United States Attorney's Office |
| 55 Hudson Yards | 1 Courthouse Way, Suite 9200 |
| New York, NY 10001 | Boston, MA 02210 |
| Telephone: +1 212 479 6000 | (617) 748-3658 |
| Facsimile: +1 212 479 6275 | Anuj.Khetarpal@usdoj.gov |
| reed.smith@cooley.com | |

*Of counsel for the United States*:

MATTHEW A. CAMPBELL
General Counsel
MELISSA V. HAMPSHIRE
Assistant General Counsel
RENEE H. MCCUNE
Attorney
Office of the General Counsel
U.S. Consumer Product Safety Commission
Bethesda, MD 20814

AMELIA D. HAIRSTON-PORTER
Attorney
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Bethesda, MD 20814

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 31st day of March 2025, I filed the foregoing document through the CM/ECF system, which will send notifications of such filing to all registered participants as identified on the NEF.

Dated: March 31, 2025                                                  By:    /s/ *Brett Ruff*
                                                                                    Brett Ruff
                                                                                    Trial Attorney